# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Gloria Gaines, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 2:20-cv-00223-RWS-JCF |
| v. ) | |
| ) | |
| CBA of GA, Inc. d/b/a Credit ) | |
| Bureau Associates, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Gloria Gaines, by and through undersigned counsel, hereby dismisses this action against Defendant without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 14th day of October, 2020.

                                               BERRY & ASSOCIATES

                                               */s/ Chris Armor*
                                               Chris Armor
                                               Georgia Bar No.: 614061
                                               CArmor@mattberry.com
                                               Telephone: (470) 319-4055
                                               2751 Buford Highway, Suite 600
                                               Atlanta, GA 30324
                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

CBA of GA, Inc.
c/o John S. Gordon
64 Sailors Drive, Suite 102
Ellijay, GA 30540

**BERRY & ASSOCIATES**

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
CArmor@mattberry.com
Telephone: (470) 319-4055

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*